IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GRENVILLE DIVISION

| | |
|---|---|
| Leroy Kelley, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 6:15-cv-3583-TLW |
| ) | |
| Investigator Coxe, McCor. Corr. Inst.; ) | |
| Warden Leroy Cartledge, McCor. Corr. ) | |
| Inst.; Ass. Warden Scott Lewis, McCor. ) | |
| Corr. Inst.; Major Frank Murster, McCor. ) | |
| Corr. Inst., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Plaintiff, Leroy Kelley ("Plaintiff"), filed this pro se civil action pursuant to 42 U.S.C. § 1983 on or about September 4, 2015. (Doc. #1).

This matter now comes before the Court for review of the Report and Recommendation ("the Report") issued on September 11, 2015 by United States Magistrate Judge Kevin McDonald, to whom this case had previously been assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2), DSC. (Doc. #10). In the Report, the Magistrate Judge recommends that the District Court summarily dismiss the above-captioned case without prejudice and without service of process. (Doc. #10). The Plaintiff did not file objections to the Magistrate Judge's Report. The deadline for the Plaintiff to file objections expired on September 28, 2015. (See Doc. #10).

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any

explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation and the record in this case. The Plaintiff did not file objections to the Report. Accordingly, for the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #10). The above-captioned matter is hereby dismissed without prejudice and without service of process.

**IT IS SO ORDERED**.

s/ Terry L. Wooten  
Terry L. Wooten  
Chief United States District Judge

October 9, 2015  
Columbia, South Carolina