AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Leroy Kelley,
*Plaintiff*
v.                                                  Civil Action No.     6:15-cv-03583-TLW

Investigator Coxe, McCor. Corr. Inst.; Warden
Leroy Cartledge, McCor. Corr. Inst.; Ass. Warden
Scott Lewis, McCor. Corr. Inst.; Major Frank
Murster, McCor. Corr. Inst.,
*Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Leroy Kelley, shall take nothing of the defendants; Investigator Coxe, Warden Leroy Cartledge, Ass. Warden Scott Lewis, and Major Frank Murster, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Kevin McDonald, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   October 9, 2015                              *ROBIN L. BLUME, CLERK OF COURT*

                                                      s/A. Buckingham

                                                      *Signature of Clerk or Deputy Clerk*